NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**APELDYN CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**AU OPTRONICS CORPORATION** AND **AU OPTRONICS CORPORATION AMERICA,**
*Defendants-Appellees,*

AND

**CHI MEI OPTOELECTRONICS CORPORATION** AND **CHI MEI OPTOELECTRONICS USA INC.,**
*Defendants-Appellees,*

AND

**SAMSUNG ELECTRONICS CO., LTD.** AND **SAMSUNG ELECTRONICS AMERICA, INC.,**
*Defendants.*

---

2012-1172, -1173

---

Appeals from the United States District Court for the District of Delaware in No. 08-CV-0568, Judge Sue L. Robinson.

---

**JUDGMENT**

SCOTT G. SEIDMAN, Tonkon, Torp, Galen, Marmaduke & Booth, of Portland, Oregon argued for plaintiff-appellant. With him on the brief were JON P. STRIDE and DON H. MARMADUKE.

LAWRENCE J. GOTTS, Latham & Watkins LLP, of Washington, DC, argued for defendants-appellees AU Optronics Corporation, et al. With him on the brief was ELIZABETH M. ROESEL. Of counsel on the brief were TERRY D. GARNETT, VINCENT K. YIP, PETER J. WIED and JAY C. CHIU, Goodwin Procter LLP, of Los Angeles, California.

DONALD R. MCPHAIL, Cozen O'Connor, of Washington, DC, argued for defendants-appellees Chi Mei Optoelectronics Corporation, et al. With him on the brief was BARRY GOLOB. Of counsel was KRISTINA CAGGIANO, Duane Morris, LLP, of Washington, DC.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 17, 2013
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk